UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-Z DOCK, INC.,

    Plaintiff,

v.                                      Case No.:  2:21-cv-450-SPC-NPM

SNAP DOCK, LLC and GOLDEN
MANUFACTURING, INC.,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

Before the Court is Defendant Golden Manufacturing, Inc.'s Motion to Stay Patent Proceedings in View of Parallel Proceedings Against Defendant Snap Dock, LLC in Indiana (Doc. 46).  Plaintiff E-Z Dock, Inc claims Golden failed to satisfy Local Rule 3.01(g)'s requirement to meet and confer in good faith before filing the Motion.  The emails attached to E-Z Dock's response suggest there is potential for agreement on the relief Golden seeks, but Golden filed the Motion before fully exploring a possible resolution.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, the Court **ORDERS** the parties to confer in good faith on the relief sought in the Motion. The parties must file a joint report on the conference no later than **January 27, 2022**. The Court takes the Motion under advisement and will decide it after the parties file the joint report.

**DONE** and **ORDERED** in Fort Myers, Florida on January 20, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record