UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-Z DOCK, INC.,

     Plaintiff,

v.                        Case No.:  2:21-cv-450-SPC-NPM

SNAP DOCK, LLC,

     Defendant.
_____/

## ORDER

Before the Court is Defendant Snap Dock, LLC's Renewed Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (Doc. 66).  Snap Dock filed the motion contemporaneously with a motion for attorneys' fees under federal and Florida statutes.  (Doc. 65).  Rather than responding to the two motions, Plaintiff E-Z-Dock, Inc. asked the Court to delay consideration of the motions pending its motion to reconsider and appeal.  (Doc. 67).  United States Magistrate Judge granted EZ Dock's motion and denied Snap Dock's motion for fees (Doc. 65) "without prejudice and with leave to refile within fourteen days of the conclusion of this action and all related appeals."  (Doc. 75 at 4).

No party objected to Judge Mizell's order under Federal Rule of Civil Procedure 72(a), and the Court finds the order a reasonable exercise of discretion.  Judge Mizell's order did not address Snap Dock's motion for

sanctions (Doc. 66) because it was not referred to him.  To give full effect to Judge Mizell's order, the Court **DENIES** Snap Dock's motion for sanctions (Doc. 66) without prejudice and with leave to refile or renew the motion after the conclusion of this action and all related appeals.[1]

**DONE** and **ORDERED** in Fort Myers, Florida on April 24, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

---

[1] The Court is not imposing a time limit on a future motion for sanctions to ensure it is able to satisfy Rule 11's notice requirements.